**Tower Brand and Associates, PLLC**
**7047 E Greenway Parkway #250**
**Scottsdale, Arizona 85254**
 **telephone: 602-953-6615**
 **Gervais R. Brand**
 **Bar No. 002280**
 **Attorney for Debtors/Movants**

UNTED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | |
| Stephen Lynn Wortman and | ) | NO. 2:09-BK-18255 |
| Kathy Lynn Wortman | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | ADVERSARIAL |
| Stephen Lynn Wortman and | ) | |
| Kathy Lynn Wortman, | ) | No. 2:09-ap-00942 |
| | ) | |
| Movants, | ) | |
| | ) | NOTICE OF DISMISSAL |
| | ) | OF PARTY |
| | ) | |
| American Servicing Co.; ASC for Wells Fargo | ) | |
| Home Improvement; John Does I-V; | ) | |
| Black Corporations I-V; and | ) | |
| General Motors Acceptance Corp. | ) | |
| | ) | |
| Respondents. | ) | |

Movants/Debtors herein hereby give notice of dismissal of this Adversarial Proceeding as to Respondents, American Servicing Co., ASC for Wells Fargo Home Improvement, John Does I-V and Black Corporations I-V as set forth in Count One of Movant/Debtors Complaint.  Said Respondents have not answered nor otherwise appeared herein.

Submitted  09/11/2009

Debtor:___/s/Stephen Lynn Wortman

Debtor: /s/Kathy Lynn Wortman

**TOWER BRAND AND ASSOCIATES, PLLC**

By <u>Gervais R. Brand</u>
 **7047 E Greenway Parkway #250
 Scottsdale, Arizona 85254028**
 Attorney for Movants / Debtors