Leonard J. McDonald, Jr.
State Bar No. 014228
William M. Fischbach III
State Bar No. 019769

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-Mail: ljm@tblaw.com; wmf@tblaw.com

*Attorneys for America's Servicing Company
as servicer for U.S. Bank National Association
as trustee; One Home Campus, MAC ID #X2302-04C*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re : <br><br> Stephen Lynn Wortman and <br> Kathy Lynn Wortman, <br><br> DEBTORS. | CH. 13 No. 2:09-bk-18255- RTBP <br><br> AP NO. 2:09-ap-00942-RTBP |
| Stephen Lynn Wortman and <br> Kathy Lynn Wortman, <br><br> Movants, <br> vs. <br><br> U.S. Bank National Association, Trustee, One Home Compas, Mac ID#X2302-04C; John Does I-III and Black Corporations IIII and XYZ Partnerships. <br><br> Respondents. | ANSWER TO SECOND AMENDED COMPLAINT PURSUANT TO 11 U.S.C § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND CREDITOR'S ALLOWED CLAIM |

Respondents U.S. Bank National Association as trustee and One Home Campus, MAC ID #X2302-04C ("Respondents"), for its Answer to Movants' Second Amended Complaint, hereby admit, deny, and affirmatively allege as follows:

1. Respondents admit the allegations contained in Paragraph 1 of the Second Amended Complaint.

1

2. Respondents admit the allegations contained in Paragraph 2 of the Second Amended Complaint.

3. Respondents admit the allegations contained in Paragraph 3 of the Second Amended Complaint, and therefore deny the same.

4. Respondents admit the allegations contained in Paragraph 4 of the Second Amended Complaint.

5. Respondents admit the allegations contained in Paragraph 5 of the Second Amended Complaint.

6. Respondents admit the allegations contained in Paragraph 6 of the Second Amended Complaint.

7. Respondents admit the allegations contained in Paragraph 7 of the Second Amended Complaint.

8. Respondents admit the allegations contained in Paragraph 8 of the Second Amended Complaint.

9. Respondents are without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 9 of the Second Amended Complaint and therefore deny the same.

10. Respondents admit the allegations contained in Paragraph 10 of the Second Amended Complaint.

11. Respondents are without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 11 of the Second Amended Complaint and therefore deny the same.

12. Respondents admit the allegations contained in Paragraph 12 of the Second Amended Complaint.

13. Respondents admit that Movants executed the Promissory Note made the subject of this action.

///

///

14. No answer is required in response to this Paragraph 13 of the Second Amended Complaint in that it does not set forth any facts, but instead, attempts to make a statement of law. Respondents will defer to and rely upon the Court for a determination of the legal principles applicable to the claims raised in this case.

15. Respondents deny the allegations contained in Paragraph 14 of the Second Amended Complaint.

16. Respondents deny the allegations contained in Paragraph 15 of the Second Amended Complaint.

17. Respondents deny the allegations contained in Paragraph 16 of the Complaint.

18. Respondents deny the allegations contained in Paragraph 17 of the Second Amended Complaint.

19. Respondents deny the allegations contained in Paragraph 18 of the Second Amended Complaint.

20. Respondents reassert and reallege all admissions, denials and allegations set forth in response to Paragraphs 1-19 of Movants' Second Amended Complaint as set forth and incorporated herein by reference.

21. Respondents are without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 20 of Movants' Second Amended Complaint and therefore deny the same.

22. No answer is required in response to this Paragraph 21 of the Second Amended Complaint in that it does not set forth any facts, but instead, attempts to make a statement of law. Respondents will defer to and rely upon the Court for a determination of the legal principles applicable to the claims raised in this case.

23. Respondents reassert and reallege all admissions, denials and allegations set forth in response to Paragraphs 1-22 of Movants' Second Amended Complaint as set forth and incorporated herein by reference.

///

24. No answer is required in response to this Paragraph 22 of the Second Amended Complaint in that it does not set forth any facts, but instead, attempts to make a statement of law. Respondents will defer to and rely upon the Court for a determination of the legal principles applicable to the claims raised in this case.

25. Respondents reserve the right to amend their Answer in order to assert specific and/or affirmative defenses as discovery proceeds in this case.

26. Respondents deny each and every allegation of the Complaint not specifically admitted herein.

27. Respondents have been forced to retain an attorney and incur legal expenses causing Respondents to suffer damages in an amount to be proven at trial.

28. Respondents are entitled to its costs of suit herein, including its reasonable attorneys fees.

**WHEREAS**, Respondents respectfully request that the Court enter judgment in favor of Respondents and against Debtor as follows:

1. Denying any and all relief requested by Debtor;

2. Awarding attorneys fees and costs as may be permissible under the law;

3. Granting any further relief to which Respondents are entitled under the law.

Dated this 17th day of March, 2010

TIFFANY & BOSCO P.A.

By: /s/ Leonard J. McDonald, Jr.
Leonard J. McDonald
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*US Bank National Association*

| | |
|---|---|
| 1 | ORIGINAL filed electronically with the United States Bankruptcy Court, District of Arizona, |
| 2 | this 17th day of March, 2010, and a copy mailed the 17th day of March, 2010: |
| 3 | |
| 4 | **Gervais R. Brand, Esq.**<br>TOWER BRAND AND ASSOCIATES, PLLC<br>7047 E. Greenway Parkway, Suite 250 |
| 5 | Scottsdale, AZ 85254<br>602-363-0732 |
| 6 | Fax : 480-383-6050<br>Email: g.r.brand@att.net |
| 7 | *Attorneys for Debtors/Movants* |
| 8 | By: /s/ Brady R. Cullimore |